# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | § | Case  No. 12-50544-CAN |
| | § | |
| WILLIAM LOGAN GRAHAM | § | |
| ANGELA KAY GRAHAM | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/26/2012.  The undersigned trustee was appointed on 07/26/2012.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.      The trustee realized gross receipts of                                  $21,487.00

        Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $3,935.25 |
| Bank service fees | $554.49 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $16,997.26 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6.  The deadline for filing non-governmental claims in this case was 04/12/2013 and the deadline for filing government claims was 04/12/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,898.70. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,898.70, for a total compensation of $2,898.70[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $836.14, for total expenses of $836.14.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/20/2015                    By:   /s/ Bruce E. Strauss
                                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    1                    Exhibit A

| Case No.: | 12-50544-CAN | | Trustee Name: | Bruce E. Strauss |
| Case Name: | GRAHAM, WILLIAM LOGAN AND GRAHAM, ANGELA KAY | | Date Filed (f) or Converted (c): | 07/26/2012 (f) |
| For the Period Ending: | 8/20/2015 | | §341(a) Meeting Date: | 10/12/2012 |
| | | | Claims Bar Date: | 04/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  2107 Oaklawn Dr. Chillicothe, MO 64601  legally described as Country Club West, Lot 14, Block 3, Section 26, Township 58, Range 24. | $150,000.00 | $0.00 | | $0.00 | FA |
| 2  Cash | $147.00 | $0.00 | | $0.00 | FA |
| 3  Chillicothe State Bank | $10.00 | $10.00 | | $0.00 | FA |
| 4  Chillicothe State Bank | $100.00 | $100.00 | | $0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2          Exhibit A

| | |
|---|---|
| **Case No.:** | 12-50544-CAN |
| **Case Name:** | GRAHAM, WILLIAM LOGAN AND GRAHAM, ANGELA KAY |
| **For the Period Ending:** | 8/20/2015 |

| | |
|---|---|
| **Trustee Name:** | Bruce E. Strauss |
| **Date Filed (f) or Converted (c):** | 07/26/2012 (f) |
| **§341(a) Meeting Date:** | 10/12/2012 |
| **Claims Bar Date:** | 04/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 5     AMENDED Living Room: Sofa $100 Loveseat $100 Rocking Chair $50 Coffee Table $50 Dining Room Table, 4 Chairs $200 Server $100 Family Room Couch $100 Loveseat $50 Misc Tables $50 Basement Living Room Couch $100 Loveseat $50 Chair $50 Kitchen Stove $100 Refrigerator $150 Washer $100 Dryer $100 Bedroom Bed $100 Dresser $150 Bedroom Bed $100 Dresser $150 Chest $200 Bedroom Bed $100 Dresser $100 TV Set (2) $200 Computer $200 | $3,600.00 | $750.00 | | $0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    3                    Exhibit A

| Case No.: | 12-50544-CAN | Trustee Name: | Bruce E. Strauss |
|---|---|---|---|
| Case Name: | GRAHAM, WILLIAM LOGAN AND GRAHAM, ANGELA KAY | Date Filed (f) or Converted (c): | 07/26/2012 (f) |
| For the Period Ending: | 8/20/2015 | §341(a) Meeting Date: | 10/12/2012 |
| | | Claims Bar Date: | 04/12/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Video Recorder $100 Amended to add: Tanning bed $250 Hot Tub $500 | | | | | |
| 6 | Wearing apparel | $1,500.00 | $0.00 | | $0.00 | FA |
| 7 | AMENDED: Watches, jewelry $8000-$9000 (Watches, jewelry) | $8,500.00 | $7,500.00 | | $8,500.00 | FA |
| 8 | AMENDED basketball goal $50, treadmill $100, air hockey game $75-$100, outdoor jungle gym $200, trampoline $50(broken), camera $50 (sets bells, goal, trampoline, camera) | $525.00 | $25.00 | | $0.00 | FA |
| 9 | See attached | $12,356.72 | $0.00 | | $0.00 | FA |
| 10 | 401(k) | $3,570.59 | $0.00 | | $0.00 | FA |
| 11 | 2000 International 4700 Rollback | $14,500.00 | $0.00 | | $0.00 | FA |
| 12 | 2001 Lexus 430 LS | $6,000.00 | $0.00 | | $0.00 | FA |
| 13 | 1985 Porsche 944 | $2,000.00 | $947.00 | | $0.00 | FA |
| 14 | 2002 Flatbed trailer | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 15 | 2009 tilt bed trailer | $4,000.00 | $4,000.00 | | $0.00 | FA |
| 16 | 1 desk $100; 1 chair $50 | $150.00 | $150.00 | | $0.00 | FA |
| 17 | Chairs, tools, fixtures, dryers, cabinets, shelves | $1,000.00 | $0.00 | | $0.00 | FA |
| 18 | 1 dog; 2 cats | $100.00 | $100.00 | | $0.00 | FA |
| 19 | Bicycles, air compressor | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 20 | 2011 federal refund                                    (u) | $0.00 | $0.00 | | $2,800.00 | FA |
| 21 | AMENDED:  homemade go-cart, tanning bed,          (u) basketball goal, hot tub | $200.00 | $200.00 | | $215.00 | FA |
| 22 | 2012 state and federal tax refunds | $0.00 | $0.00 | | $9,972.00 | FA |

TOTALS (Excluding unknown value)                                                                            **Gross Value of Remaining Assets**

                            **$214,859.31**      **$16,782.00**                      **$21,487.00**        **$0.00**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    4          Exhibit A

| Case No.: | 12-50544-CAN | Trustee Name: | Bruce E. Strauss |
|---|---|---|---|
| Case Name: | GRAHAM, WILLIAM LOGAN AND GRAHAM, ANGELA KAY | Date Filed (f) or Converted (c): | 07/26/2012 (f) |
| For the Period Ending: | 8/20/2015 | §341(a) Meeting Date: | 10/12/2012 |
| | | Claims Bar Date: | 04/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

tax info sent to accountant 06/23/15

Administering various assets including undisclosed wedding ring.

**Initial Projected Date Of Final Report (TFR):**          **Current Projected Date Of Final Report (TFR):**    06/30/2016          /s/ BRUCE E. STRAUSS

BRUCE E. STRAUSS

FORM 2

Page No: 1

Exhibit B

CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 12-50544-CAN | |
| Case Name: | GRAHAM, WILLIAM LOGAN AND GRAHAM, ANGELA KAY | |
| Primary Taxpayer ID #: | **-***6463 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 7/26/2012 | |
| For Period Ending: | 8/20/2015 | |

| | |
|---|---|
| Trustee Name: | Bruce E. Strauss |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0273 |
| Account Title: | Wm & Angela Graham |
| Blanket bond (per case limit): | $16,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/09/2013 | (20) | United States Treasury | 2011 tax refund | 1224-000 | $2,800.00 | | $2,800.00 |
| 02/04/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.21 | $2,796.79 |
| 03/04/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.08 | $2,792.71 |
| 04/02/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.51 | $2,788.20 |
| 05/02/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.35 | $2,783.85 |
| 06/04/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.49 | $2,779.36 |
| 07/02/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.34 | $2,775.02 |
| 08/02/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.48 | $2,770.54 |
| 09/04/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.47 | $2,766.07 |
| 10/02/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.32 | $2,761.75 |
| 10/24/2013 | (22) | Treasurer of the State of Missouri | 2012 state tax refund | 1224-000 | $1,428.00 | | $4,189.75 |
| 11/04/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.98 | $4,184.77 |
| 11/26/2013 | (22) | United States Treasury | 2012 federal tax refund | 1224-000 | $8,544.00 | | $12,728.77 |
| 12/03/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $8.32 | $12,720.45 |
| 01/03/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $20.53 | $12,699.92 |
| 02/04/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $20.50 | $12,679.42 |
| 03/04/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $18.49 | $12,660.93 |
| 04/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $20.44 | $12,640.49 |
| 04/08/2014 | 3001 | Merrick, Baker and Strauss, PC | reimbursement for adversary filing fees for cases 13-5006 and 13-5005. | 2700-000 | | $586.00 | $12,054.49 |
| 05/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $19.23 | $12,035.26 |
| 06/03/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $19.42 | $12,015.84 |
| 07/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $18.77 | $11,997.07 |
| 08/04/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $19.36 | $11,977.71 |
| 09/03/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $19.33 | $11,958.38 |
| 10/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $18.68 | $11,939.70 |
| 10/29/2014 | (7) | Sensenich Jeweler | sale of undisclosed ring | 1229-000 | $8,500.00 | | $20,439.70 |
| 11/04/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $20.16 | $20,419.54 |

|  |  |  |  | SUBTOTALS | $21,272.00 | $852.46 | |

FORM 2
Page No: 2
Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 12-50544-CAN |
| Case Name: | GRAHAM, WILLIAM LOGAN AND GRAHAM, ANGELA KAY |
| Primary Taxpayer ID #: | **-***6463 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 7/26/2012 |
| For Period Ending: | 8/20/2015 |

| | |
|---|---|
| Trustee Name: | Bruce E. Strauss |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0273 |
| Account Title: | Wm & Angela Graham |
| Blanket bond (per case limit): | $16,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $31.90 | $20,387.64 |
| 01/05/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $32.91 | $20,354.73 |
| 02/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $32.86 | $20,321.87 |
| 03/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $29.63 | $20,292.24 |
| 04/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $32.75 | $20,259.49 |
| 05/01/2015 | (21) | Ron Shackelford | sale of misc. assets that were undisclosed including hottub, go cart, and tanning bed | 1229-000 | $215.00 | | $20,474.49 |
| 05/04/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $31.65 | $20,442.84 |
| 06/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $32.97 | $20,409.87 |
| 06/09/2015 | 3002 | Ron Shackelford | auctioneer fees and expenses | 3610-000 | | $590.75 | $19,819.12 |
| 07/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $31.42 | $19,787.70 |
| 07/24/2015 | 3003 | Bruce E. Strauss, attorney for trustee | attorney for trustee fees | 3110-000 | | $2,758.50 | $17,029.20 |
| 08/04/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $31.94 | $16,997.26 |

|  | TOTALS: | $21,487.00 | $4,489.74 | $16,997.26 |
|---|---|---|---|---|
|  | Less: Bank transfers/CDs | $0.00 | $0.00 | |
|  | Subtotal | $21,487.00 | $4,489.74 | |
|  | Less: Payments to debtors | $0.00 | $0.00 | |
|  | Net | $21,487.00 | $4,489.74 | |

| For the period of 7/26/2012 to 8/20/2015 | | For the entire history of the account between 01/09/2013 to 8/20/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $21,487.00 | Total Compensable Receipts: | $21,487.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,487.00 | Total Comp/Non Comp Receipts: | $21,487.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,489.74 | Total Compensable Disbursements: | $4,489.74 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,489.74 | Total Comp/Non Comp Disbursements: | $4,489.74 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3

Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-50544-CAN | Trustee Name: | Bruce E. Strauss |
|---|---|---|---|
| Case Name: | GRAHAM, WILLIAM LOGAN AND GRAHAM, ANGELA KAY | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***6463 | Checking Acct #: | ******0273 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Wm & Angela Graham |
| For Period Beginning: | 7/26/2012 | Blanket bond (per case limit): | $16,000,000.00 |
| For Period Ending: | 8/20/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|
| | | | $21,487.00 | $4,489.74 | $16,997.26 |

**For the period of 7/26/2012 to 8/20/2015**

| | |
|---|---|
| Total Compensable Receipts: | $21,487.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,487.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,489.74 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,489.74 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/26/2012 to 8/20/2015**

| | |
|---|---|
| Total Compensable Receipts: | $21,487.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,487.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,489.74 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,489.74 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ BRUCE E. STRAUSS

BRUCE E. STRAUSS

CLAIM ANALYSIS REPORT                                          Page No: 1          Exhibit C

| Case No.: | 12-50544-CAN | | | | | | Trustee Name: | Bruce E. Strauss | | | |
| Case Name: | GRAHAM, WILLIAM LOGAN AND GRAHAM, ANGELA KAY | | | | | | Date: | 8/20/2015 | | | |
| Claims Bar Date: | 04/12/2013 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A1 | MERRICK, BAKER AND STRAUSS, PC | 04/08/2014 | Clerk of the Court Costs | Allowed | 2700-000 | $0.00 | $586.00 | $586.00 | $586.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | reimbursement of adversary filing fees | | | | | | | | | | | |
| A2 | RON SHACKELFORD<br><br>5650 NE State Route UU<br>Clarksdale MO 64430 | 06/09/2015 | Auctioneer for Trustee Fees (including buyers premiums) | Allowed | 3610-000 | $0.00 | $590.75 | $590.75 | $590.75 | $0.00 | $0.00 | $0.00 |
| A3 | BRUCE E. STRAUSS, ATTORNEY FOR TRUSTEE | 07/24/2015 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $2,758.50 | $2,758.50 | $2,758.50 | $0.00 | $0.00 | $0.00 |
| A4 | BRUCE E. STRAUSS<br><br>1044 Main Street, Suite 500<br>Kansas City MO 64105 | 06/23/2015 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $2,898.70 | $2,898.70 | $0.00 | $0.00 | $0.00 | $2,898.70 |
| A5 | BRUCE E. STRAUSS<br>1044 Main Street, Suite 500<br>Kansas City MO 64105 | 04/07/2014 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $836.14 | $836.14 | $0.00 | $0.00 | $0.00 | $836.14 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR Comenity Bank<br>PO Box 788<br>Kirkland WA 98083-0788 | 01/18/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,975.58 | $1,975.58 | $0.00 | $0.00 | $0.00 | $1,975.58 |
| **Claim Notes:** | (1-1) Unsecured Debt | | | | | | | | | | | |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR Comenity Bank<br>PO Box 788<br>Kirkland WA 98083-0788 | 01/18/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,079.66 | $1,079.66 | $0.00 | $0.00 | $0.00 | $1,079.66 |
| **Claim Notes:** | (2-1) Unsecured Debt | | | | | | | | | | | |

CLAIM ANALYSIS REPORT

Page No: 2        Exhibit C

| Case No.: | 12-50544-CAN | | | | | | | | Trustee Name: | Bruce E. Strauss |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | GRAHAM, WILLIAM LOGAN AND GRAHAM, ANGELA KAY | | | | | | | | Date: | 8/20/2015 |
| Claims Bar Date: | 04/12/2013 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | CHILLICOTHE STATE BANK<br><br>600 Washington Street<br>Chillicothe MO 64601-0000 | 01/24/2013 | Real Estate- -Consensual Liens (mortgages, deeds of trust, PMSI) | Disallowed | 4110-000 | $0.00 | $7,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (3-1) 09 Trailer; 85 Porsche; 02 Trailer -- Trustee has not administered secured assets and therefore is only making a payment on the unsecured portion of claim 3. | | | | | | | | | | | |
| 3a | CHILLICOTHE STATE BANK<br>600 Washington Street<br>Chillicothe MO 64601-0000 | 01/24/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $27,821.69 | $27,821.69 | $0.00 | $0.00 | $0.00 | $27,821.69 |
| **Claim Notes:** | (3-1) 09 Trailer; 85 Porsche; 02 Trailer | | | | | | | | | | | |
| 4 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte NC 28272-1083 | 02/01/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,294.48 | $1,294.48 | $0.00 | $0.00 | $0.00 | $1,294.48 |
| 5 | GE CAPITAL RETAIL BANK<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | 02/27/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $673.83 | $673.83 | $0.00 | $0.00 | $0.00 | $673.83 |
| 6 | GE CAPITAL RETAIL BANK<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | 02/27/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,904.12 | $1,904.12 | $0.00 | $0.00 | $0.00 | $1,904.12 |
| 7 | GEM CITY<br><br>200 North 8th Street Ste 104<br>Quincy IL 62301-9700 | 03/04/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $704.00 | $704.00 | $0.00 | $0.00 | $0.00 | $704.00 |

CLAIM ANALYSIS REPORT    Page No: 3    Exhibit C

| Case No.: | 12-50544-CAN | | | | | | Trustee Name: | Bruce E. Strauss | | | | |
| Case Name: | GRAHAM, WILLIAM LOGAN AND GRAHAM, ANGELA KAY | | | | | | Date: | 8/20/2015 | | | | |
| Claims Bar Date: | 04/12/2013 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | CAPITAL ONE, N.A.<br><br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson AZ 85712 | 03/22/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $570.73 | $570.73 | $0.00 | $0.00 | $0.00 | $570.73 |
| 9 | MISSOURI DEPARTMENT OF REVENUE<br>PO Box 475<br>Jefferson City MO 65105 | 03/27/2013 | Claims of Governmental Units | Disallowed | 5800-000 | $0.00 | $2,035.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (9-1) Individual Income Tax | | | | | | | | | | | |
| 10 | MISSOURI DEPARTMENT OF REVENUE<br>PO Box 475<br>Jefferson City MO 65105 | 03/27/2013 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $308.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (10-1) Motor Vehicle Tax | | | | | | | | | | | |
| 11-1(U) | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk VA 23541 | 04/12/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,972.90 | $2,972.90 | $0.00 | $0.00 | $0.00 | $2,972.90 |
| 12-1(U) | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk VA 23541 | 04/12/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,003.65 | $2,003.65 | $0.00 | $0.00 | $0.00 | $2,003.65 |
| | | | | | | | $58,014.62 | $48,670.73 | $3,935.25 | $0.00 | $0.00 | $44,735.48 |

CLAIM ANALYSIS REPORT   Page No: 4   Exhibit C

| | |
|---|---|
| **Case No.** | <u>12-50544-CAN</u> |
| **Case Name:** | <u>GRAHAM, WILLIAM LOGAN AND GRAHAM, ANGELA KAY</u> |
| **Claims Bar Date:** | <u>04/12/2013</u> |

| | |
|---|---|
| **Trustee Name:** | <u>Bruce E. Strauss</u> |
| **Date:** | <u>8/20/2015</u> |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Fees (Trustee Firm) | $2,758.50 | $2,758.50 | $2,758.50 | $0.00 | $0.00 | $0.00 |
| Auctioneer for Trustee Fees (including buyers premiums) | $590.75 | $590.75 | $590.75 | $0.00 | $0.00 | $0.00 |
| Claims of Governmental Units | $2,035.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Clerk of the Court Costs | $586.00 | $586.00 | $586.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured § 726(a)(2) | $41,309.02 | $41,000.64 | $0.00 | $0.00 | $0.00 | $41,000.64 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $7,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $2,898.70 | $2,898.70 | $0.00 | $0.00 | $0.00 | $2,898.70 |
| Trustee Expenses | $836.14 | $836.14 | $0.00 | $0.00 | $0.00 | $836.14 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:        12-50544-CAN
Case Name:    WILLIAM LOGAN GRAHAM
                        ANGELA KAY GRAHAM
Trustee Name:    Bruce E. Strauss

Balance on hand:        $16,997.26

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors:        $0.00
Remaining balance:        $16,997.26

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Bruce E. Strauss, Trustee Fees | $2,898.70 | $0.00 | $2,898.70 |
| Bruce E. Strauss, Trustee Expenses | $836.14 | $0.00 | $836.14 |
| Bruce E. Strauss, attorney for trustee, | $2,758.50 | $2,758.50 | $0.00 |

Total to be paid for chapter 7 administrative expenses:        $3,734.84
Remaining balance:        $13,262.42

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:        $0.00
Remaining balance:        $13,262.42

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:        $0.00
Remaining balance:        $13,262.42

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $41,000.64 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | $1,975.58 | $0.00 | $639.05 |
| 2 | Quantum3 Group LLC as agent for | $1,079.66 | $0.00 | $349.24 |
| 3a | Chillicothe State Bank | $27,821.69 | $0.00 | $8,999.44 |
| 4 | Capital One Bank (USA), N.A. | $1,294.48 | $0.00 | $418.72 |
| 5 | GE Capital Retail Bank | $673.83 | $0.00 | $217.96 |
| 6 | GE Capital Retail Bank | $1,904.12 | $0.00 | $615.92 |
| 7 | GEM City | $704.00 | $0.00 | $227.72 |
| 8 | Capital One, N.A. | $570.73 | $0.00 | $184.61 |
| 11-1(U) | Portfolio Recovery Associates, LLC | $2,972.90 | $0.00 | $961.64 |
| 12-1(U) | Portfolio Recovery Associates, LLC | $2,003.65 | $0.00 | $648.12 |

Total to be paid to timely general unsecured claims: $13,262.42
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: _____ $0.00
Remaining balance: _____ $0.00